UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY DETRES,

    Plaintiff,

v.                                          CASE NO. 8:11-CV-2164-T-AEP

MONARCH RECOVERY MANAGEMENT INC.,

    Defendant.
_____/

**ORDER**

    The parties filed a joint stipulation for dismissal with prejudice advising the Court that they have amicably resolved all matters in controversy in this case and that Plaintiff voluntarily dismisses this action with prejudice (Dkt. No. 17). After consideration, the parties' joint stipulation is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk is directed to terminate all motions, hearings, and other deadlines and to close the case.

    **DONE AND ORDERED** in Tampa, Florida on this 7th day of March, 2012.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Counsel of Record